IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ADRIAN JONES[1]   *<br>  Petitioner, | |
| | * |
| v. | CIVIL ACTION NO. RWT-07-1720 |
| | * |
| STATE OF MARYLAND, | |
|   Respondent.   * | |

******

## **MEMORANDUM OPINION**

The above-captioned action was filed with this Court on June 27, 2007. Petitioner seeks to have this Court issue an Order compelling the Circuit Court for Prince George's County, Maryland to rule on his pending Motion for Modification of Sentence. Paper No. 1. Petitioner has filed a Motion for Leave to Proceed in Forma Pauperis, (Paper No. 2) which shall be granted pursuant to 28 U.S.C. § 1915(a). Petitioner has also filed a Motion for Hearing on Reconsideration of Sentence (Paper No. 3) which shall be denied.

Because Petitioner seeks to compel a certain action by the state and/or its agents, the Court concludes that the present matter is in the nature of a writ of mandamus. See 28 U.S.C. § 1361. Federal district courts have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or one of its agencies to perform a duty owed to a petitioner. However, this federal district court has no mandamus jurisdiction over state employees, and cannot compel the Maryland state courts to act on Petitioner's motion. See Gurley v. Superior Court of Mecklenburg County, 411 F.2d 586, 586-87 (4th Cir. 1969). Therefore, Petitioner's request for mandamus relief shall be denied.

---

[1] The Clerk shall amend the docket to reflect the correct name of Petitioner.

A separate Order shall be entered reflecting the Opinion set forth herein.

|  |  |
|---|---|
| Date: 7/9/07 | _____/s/_____<br>ROGER W. TITUS<br>UNITED STATES DISTRICT JUDGE |